**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN RICHARD, | : | Civil No. 1:26-CV-00122 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| LAUREL R. HARRY, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 14th day of October 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The amended petition, Doc. 9, is **DISMISSED** as untimely.
2. Petitioner's motion for leave to proceed *in forma pauperis*, Doc. 10, is **DENIED** as moot.
3. Petitioner's motion to appoint counsel, Doc. 11, is **DENIED**.
4. A Certificate of Appealability is **DENIED**.
5. This case remains **CLOSED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania